**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**THE HONORABLE MICHAEL E. ROMERO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 03-12994 HRT |
| DAVID A. MASCIO, d/b/a | ) | |
| DM capital, inc., Mascio Asset | ) | |
| Management, Inc., Mascio Asset | ) | |
| Management, LLC; and | ) | |
| MONICA L. MASCIO, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| ——————————————— | ) | |
| | ) | |
| PAUL GRONEWOLLER and | ) | Adversary No. 03-1482 MER |
| GRONEWOLLER & ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| DAVID A. MASCIO, d/b/a DM Capital, Inc., | ) | |
| Mascio Asset Management, Inc., | ) | |
| Mascio Asset Management, LLC; and | ) | |
| MONICA L. MASCIO, | ) | |
| | ) | |
| Defendants. | ) | |

---

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION**
**OF TIME**

---

This matter, having come before the Court upon Plaintiffs' Stipulated Motion for Extension of Time, and good cause appearing for the motion, IT IS HEREBY ORDERED that Plaintiffs shall have up to and including November 30, 2011, to file additional documents.

Dated this 7th day of November, 2011          BY THE COURT:


Michael E. Romero
U.S. Bankruptcy Judge